**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Ronald Eugene Duberry, et al., Appellants

v.   **Case No:** 15-7062

District of Columbia, et al., Appellees

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Ronald Eugene Duberry

Maurice Curtis

Harold Bennette

Robert Smith

Names of Parties                                        Names of Parties

### Counsel Information

**Lead Counsel:** Aaron Marr Page

**Direct Phone:** (202) 251-2218  **Fax:** (202) 499-1370  **Email:** aaron@forumnobis.org

**2nd Counsel:** F. Peter Silva

**Direct Phone:** (202) 380-9355  **Fax:** (202) 499-1370  **Email:** peter.silva@gowengroup.com

**3rd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**Firm Name:** Gowen Group Law Office PLLC

**Firm Address:** 1015 15th Street NW, Suit 1110, Washington, D.C. 20005

**Firm Phone:** (202) 380-9355  **Fax:** (202) 499-1370  **Email:** firm@gowengroup.com

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)