NOT YET SCHEDULED FOR ORAL ARGUMENT
_____

No. 15-7062
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

RONALD EUGENE DUBERRY, MAURICE CURTIS,
HAROLD BENNETTE, and ROBERT SMITH,
*Appellants*,

v.

DISTRICT OF COLUMBIA, et al.,
*Appellees*.
_____

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**
_____

Pursuant to Circuit Rule 28(e), Appellants respectfully move the Court to extend the time for the filing of Appellants' brief by 30 days, from September 23 to October 23, 2015, and to adjust subsequent briefing dates accordingly (Appellees' brief due Monday, November 22, and Appellants' reply due December 7, 2015). The reason for this request is undersigned's travel schedule outside of the continental United States through August 31, and obligations in a number of other appellate and trial matters already scheduled for early September. This is

Appellants' first request for an extension of time; the matter has not yet been set for oral argument; counsel for Appellees have indicated that they do not oppose the extension.

Dated: August 16, 2015               Respectfully submitted,

/s/ Aaron Marr Page
AARON MARR PAGE
  *Counsel of Record*
D.C. Bar No. 974936
aaron@forumnobis.org

/s/ F. Peter Silva, II
F. PETER SILVA
D.C. Bar No. 1010483
*(Admission to U.S. Court of Appeals for the D.C. Circuit Pending)*
peter.silva@gowengroup.com

GOWEN GROUP LAW OFFICE PLLC
1015 15th Street NW, Suite 1110
Washington, D.C. 20005
Tel: (202) 380-9355
Fax: (202) 499-1370
*Counsel for Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2015, an electronic copy of this Motion for Extension of Time to File Briefs was served through the Court's ECF system to:

Mary L. Wilson
Todd S. Kim
Loren L. Alikhan
*Office of the Solicitor General*
*Office of the Attorney General for the District of Columbia*
*Counsel for Appellees*

/s/ Aaron Marr Page
AARON MARR PAGE